NUMBERS 13-06-382-CR and 13-06-383-CR


COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG


_________________________________________________________ _________


JAMES GORDON, Appellant,


v.



THE STATE OF TEXAS, Appellee.

__________________________________________________________ ________


On appeal from the 28th District Court 


of Nueces County, Texas.


___________________________________________________________________


MEMORANDUM OPINION



Before Chief Justice Valdez and Justices Hinojosa and Garza


Memorandum Opinion Per Curiam



 Appellant, JAMES GORDON, attempted to perfect appeals from judgments
entered by the 28th District Court of Nueces County, Texas, in cause numbers 05-CR-4296-A and 05-CR-4362-A. Appellant has filed motions to dismiss the appeals. The
motions comply with Tex. R. App. P. 42.2(a).

 The Court, having considered the documents on file and appellant's motions to
dismiss the appeals, is of the opinion that appellant's motions to dismiss the appeals
should be granted. Appellant's motions to dismiss the appeals are granted, and the
appeals are hereby DISMISSED.

 PER CURIAM

Do not publish.

Tex. R. App. P. 47.2(b).


Memorandum Opinion delivered and filed 

this the 10th day of August, 2006.